1
2
3
4
5
6
7
8   **UNITED STATES DISTRICT COURT**

9   **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  DONALD W. COLLINS, | Case No. 5:20-cv-00353-JLS-MAA |
| 12              Petitioner, | **ORDER ACCEPTING REPORT** |
| 13       v. | **AND RECOMMENDATION OF UNITED STATES MAGISTRATE** |
| 14  PATRICK COVELLO, | **JUDGE** |
| 15              Respondent. | |
| 16 | |

17    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other

18   records on file herein, and the Report and Recommendation of the United States

19   Magistrate Judge.

20    The time for filing objections has expired, and no objections have been made.

21    IT THEREFORE IS ORDERED that (1) the Report and Recommendation of

22   the Magistrate Judge is accepted; and (2) Judgment shall be entered denying the

23   Petition and dismissing this action with prejudice.

24

25   DATED: September 7, 2020

26   _____
27   JOSEPHINE L. STATON
     UNITED STATES DISTRICT JUDGE

28