JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DONALD W. COLLINS, | Case No. 5:20-cv-00353-JLS-MAA |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| PATRICK COVELLO, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is summarily dismissed and the action is dismissed without prejudice.

DATED: September 7, 2020

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE